UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. C 09-3243 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SALINAS VALLEY STATE PRISON; et al., | |
| Defendants. | |

Moody Tanksley, currently incarcerated at the Atascadero State Hospital, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at Salinas Valley State Prison, where he was housed earlier. The court reviewed the complaint, found that it failed to state a claim upon which relief may be granted and had numerous other deficiencies, and ordered Tanksley to file an amended complaint by April 23, 2010. The deadline has long passed and Tanksley did not file the required amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 28, 2010

_____
Marilyn Hall Patel
United States District Judge